**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1546**

———————

HAMID A. TABRIZI,

                    Plaintiff - Appellant,

          v.

MBH SETTLEMENT GROUP, LC; COMMONWEALTH LAND TITLE INSURANCE
COMPANY; PRIMIS,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:13-cv-00119-LMB-TRJ)

———————

Submitted: August 29, 2013          Decided: September 3, 2013

———————

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Hamid A. Tabrizi, Appellant Pro Se.   Christopher Michele
Corchiarino, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore,
Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hamid A. Tabrizi appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Tabrizi v. MBH Settlement Group, LC, No. 1:13-cv-00119-LMB-TRJ (E.D. Va. Mar. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED